MORRIS FLIEG, an Infant, by MILLIE FLIEG, His Guardian ad Litem, Respondent, *v.* BARNEY LEVY, Appellant.

*Flieg* v. *Levy*, 148 App. Div. 781, affirmed.
(Submitted March 27, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 23, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through his being kicked by a horse belonging to defendant.

*James B. Henney* for appellant.

*Herman M. Schaap* and *Alice S. Petluck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, CHASE, CUDDEBACK and MILLER, JJ. GRAY and HOGAN, JJ., dissent on the ground of error in allowing evidence as to insurance.